BOYD, Respondent, v. KIMBALL CITY INDEPENDENT SCHOOL DISTRICT et al, Appellants.

(158 N. W. 733.)

(File No. 3655.   Opinion filed July 10, 1916.)

**Appeals—Briefs—Record Printed Verbatim—Ignoring Stricken Parts.**
162 pages of appellants' brief having been stricken therefrom for failure to condense testimony, and their later brief including 45 pages of testimony printed verbatim, the Supreme Court will not consider the matter contained in said 45 pages.

Appeal from Circuit Court, Brule County. HON. FRANK B. SMITH, Judge.

Proceedings by A. D. Boyd, against the Kimball City Independent School District, and another, involving an order of said district and its Board of Education in expelling appellant's son from school. From a judgment of the trial court, reversing the action of the school district and said board, defendants appeal. Affirmed.

Woerth & Carlson, for Appellants.

House & Dyer, for Respondent.

Respondent cited: Donohue v. Adebar et al., (S. D.) 149 N. W. 175; Farrar et al. v. Land Company, 23 S. D. 525.

GATES, J.  This is an appeal from the judgment of the trial court reversing the action of the defendant independent school district and its board of education in expelling appellant's son from school on December 17, 1913.  In September, 1914, upon the hearing of a motion therefor, this court struck out 162 pages of appellant's brief, upon the ground that the entire record of the proceedings had at the trial was printed verbatim, and no attempt was made to condense the same.  Rogers v. Penobscot Min. Co., 26 S. D. 52, 127 N. W. 471.  Pursuant to leave granted, appellant filed a new brief, omitting the greater part of the former evidence, but including 45 pages of questions and answers which appear in precisely the same form as in the original brief and without any condensed matter.  Without considering said 45 pages, we are unable to discover error on the part of the trial court.

The judgment and order denying a new trial are therefore affirmed.